UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES O'NEIL WIGGIN,

                        Petitioner,

     v.

MAGGIE MILLER-STOUT,

                    Respondent.

Case No. C14-1675RSL

**ORDER OF DISMISSAL**

      The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

      1.      The Report and Recommendation is **ADOPTED**;

      2.      Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** with prejudice;

      3.      Petitioner is **DENIED** issuance of a certificate of appealability; and

      4.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

      DATED this 29th day of April, 2015.


                                      Robert S. Lasnik
                                      United States District Judge

ORDER OF DISMISSAL- 1